FILED
January 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:07CR00014-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JOSHUA DANIEL SAMEK, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JOSHUA DANIEL SAMEK  , Case No. 2:07CR00014-GEB  , Charge   18 USC § 2252 (4)(B)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__   Release on Personal Recognizance

　　　__   Bail Posted in the Sum of $__

　　　　　　__   Unsecured Appearance Bond

　　　　　　__   Appearance Bond with 10% Deposit

　　　　　　__   Appearance Bond with Surety

　　　　　　__   Corporate Surety Bail Bond

　　　✔   (Other)   Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 24, 2007  at  2:00 pm .

　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court