```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA DANIEL SAMEK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JOSHUA DANIEL SAMEK,<br><br>         Defendant. | NO. CR.S-07-0014-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: March 23, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for February 16, 2007 be continued to March 23, 2007, and that time continue to be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through March 23, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                     Respectfully submitted,
                                     DANIEL J. BRODERICK
                                     Federal Defender


DATED: February 15, 2007             /s/ RACHELLE BARBOUR
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant


                                     McGREGOR SCOTT
                                     United States Attorney


DATED: February 15, 2007             /s/ RACHELLE BARBOUR for
                                     CAROLYN DELANEY
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to March 23, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2