1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
JOSHUA DANIEL SAMEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-0014-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| ) | **TIME** |
| JOSHUA DANIEL SAMEK, ) | |
| ) | Date: August 10, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for June 29, 2007 be continued to August 10, 2007, and that time continue to be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to discuss the case with the prosecutor and Mr. Samek.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1 | Act may be excluded from the date of this order through August 10,
2 | 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  June 28, 2007                   /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED:  June 28, 2007                   /s/ RACHELLE BARBOUR for
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to August 10, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  June 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge