McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S-07-0014 GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| JOSHUA DANIEL SAMEK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Joshua Daniel Samek, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Joshua Daniel Samek's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  approximately 8 CDs with images of child pornography;

    b)  a generic computer tower with no serial number but with two hard drives.

2.  The above-listed property constitutes or is traceable to

1  gross profits or other proceeds the defendant obtained directly
2  or indirectly from a violation of 18 U.S.C. § 2252(a)(4)(B) or
3  was used or intended to be used in any manner or part to commit
4  and to promote the commission of a violation of 18 U.S.C. §
5  2252(a)(4)(B).
6      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
7  designee) shall be authorized to seize the above-listed property.
8  The aforementioned property shall be seized and held by the
9  United States in its secure custody and control.
10     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States
12 forthwith shall publish at least once for three successive weeks
13 in The Daily Recorder (Sacramento County), a newspaper of general
14 circulation located in the county in which the above-listed
15 property was seized, notice of this Order, notice of the Attorney
16 General's (or a designee's) intent to dispose of the property in
17 such manner as the Attorney General may direct, and notice that
18 any person, other than the defendant, having or claiming a legal
19 interest in the above-listed property must file a petition with
20 the Court within thirty (30) days of the final publication of the
21 notice or of receipt of actual notice, whichever is earlier.
22       b.   This notice shall state that the petition shall be
23 for a hearing to adjudicate the validity of the petitioner's
24 alleged interest in the property, shall be signed by the
25 petitioner under penalty of perjury, and shall set forth the
26 nature and extent of the petitioner's right, title or interest in
27 the property and any additional facts supporting the petitioner's
28 claim and the relief sought.

   c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge