```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR No. S-07-0014 GEB
                                 )
12           Plaintiff,          )   FINAL ORDER OF FORFEITURE
                                 )
13       v.                      )
                                 )
14  JOSHUA DANIEL SAMEK,         )
                                 )
15           Defendant.          )
    _____)
16
17       WHEREAS, on September 28, 2007, this Court entered a
18  Preliminary Order of Forfeiture pursuant to the provisions of 18
19  U.S.C. § 2253 based upon the plea agreement entered into between
20  plaintiff and defendant Joshua Daniel Samek forfeiting to the
21  United States the following property:
22           a)   approximately 8 CDs with images of child
                  pornography;
23
             b)   a generic computer tower with no serial number
24                but with two hard drives.
25       AND WHEREAS, on November 5, 12, and 19, 2007, the United
26  States published notice of the Court's Preliminary Order of
27  Forfeiture in The Daily Recorder (Sacramento County), a newspaper
28  of general circulation located in the county in which the subject
```

property was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Joshua Daniel Samek.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: February 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge