## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Garland E. Burrell  RE: **Joshua Daniel Samek**
Senior United States District Judge      **Docket Number:  0972 2:07CR00014-001**
Sacramento, California                **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

Joshua Daniel Samek is requesting permission to travel to Montego Bay, Jamaica. Joshua Daniel Samek is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 8, 2008, Joshua Daniel Samek was sentenced for the offense(s) of Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of 18 USC 2252(a)(4)(B).

**Sentence Imposed:** 60 months imprisonment followed by 96 months supervised release.

**Dates and Mode of Travel:** June 9, 2018 – June 13, 2018; Airplane

**Purpose:** Mr. Samek has been awarded a vacation through his place of employment for achieving his sales goals. He will be traveling to an all-inclusive adult-only resort, with his girlfriend. Mr. Samek maintains stable employment, stable housing, and a stable relationship with his girlfriend. He has completed sex offender treatment and has remained in compliance. If approved, Mr. Samek will notify the local police department with whom he is currently registered that he will be traveling overseas (per Megan's Law Requirements).

**RE:** Joshua Daniel Samek
 Docket Number: 0972 2:07CR00014-001
 <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                    Respectfully submitted,
                    /s/ Miranda Lutke

                    MIRANDA L. LUTKE
                    United States Probation Officer

Dated: May 18, 2018
 Roseville, California
 ML/jc

**REVIEWED BY:**   /s/ Toni Ortiz
                    **TONI M. ORTIZ**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

Dated: May 22, 2018

                    _____
                    GARLAND E. BURRELL, JR.
                    Senior United States District Judge